2:26mj96

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the

Southern District of Texas
Laredo Division

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| **Devonte Maurice Joseph** | )    Case No.    5:23-CR-1501-1 |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant* | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

      **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Devonte Maurice Joseph**      ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☑ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

  **Supervised Release Violation Petition.**

| | | |
|---|---|---|
| Date: | **March 18, 2026** | Nathan Ochsner |
| | | *Clerk of Court* |
| | | *Issuing Officer* |
| City and state: | Laredo, Texas | |
| | | **U.S. District Judge Diana Saldaña** |
| Bail Fixed at: $ | **No Bond.** | *Name of Judicial Officer* |

| Return | | |
|---|---|---|
| This warrant was received on *(date)* **3-18-26** , and the person was arrested on *(date)* **3-23-26** | | |
| at *(city and state)* **Norfolk, VA** . | | |
| Date: **3-23-26** | *Arresting officer's signature* | |
| | A. Ledet    SDUSM (E\VA) | |
| | *Printed name and title* | |